IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAVONTAE DAVIS,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No. 5D22-554
LT Case No. 2020-CF-008217-A-O

Decision filed November 1, 2022

Appeal from the Circuit Court
for Orange County,
Elaine A. Barbour, Judge.

Matthew J. Metz, Public Defender,
and Allison A. Havens, Assistant
Public Defender, Daytona Beach,
for Appellant.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


TRAVER, NARDELLA and WOZNIAK, JJ., concur.